# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| DR. CHRISTOPHER NIEBAUER, | : CIVIL ACTION No.  14-1158 |
| Plaintiff, | : |
|  | : ELECTRONICALLY FILED |
| v. | : |
| SLIPPERY ROCK UNIVERSITY, | : |
| Defendant. | : **STIPULATION OF VOLUNTARY DISMISSAL** |
|  | : |
|  | : Filed on behalf of Plaintiff: |
|  | : DR. CHRISTOPHER NIEBAUER |
|  | : |
|  | : Counsel of record for this party: |
|  | : |
|  | : Marcus B. Schneider, Esquire |
|  | : PA I.D. No. 208421 |
|  | : STEELE SCHNEIDER |
|  | : 428 Forbes Avenue, Suite 700 |
|  | : Pittsburgh, PA 15219 |
|  | : (412) 235-7682 |
|  | : (412) 235-7693/facsimile |
|  | : marcschneider@steeleschneider.com |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| DR. CHRISTOPHER NIEBAUER, | : |
| | : |
| | :  Civil Action No. 14-1158 |
| Plaintiff, | :  Magistrate Judge Lisa Pupo Lenihan |
| | : |
| v. | : |
| | : |
| SLIPPERY ROCK UNIVERSITY, | : |
| | : |
| | : |
| Defendant. | : |

## **STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Dr. Christopher Niebauer and Defendant Slippery Rock University, by their respective attorneys, hereby stipulate that the above-captioned case shall be voluntarily dismissed with prejudice. Each party shall bear its own costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Marcus B. Schneider* | */s/ Thomas L. Donahoe* |
| Marcus B. Schneider, Esquire | Thomas L. Donahoe |
| Pa. ID No. 208421 | Senior Deputy Attorney General |
| Steele Schneider | Attorney I.D. No. 29342 |
| 428 Forbes Avenue, Suite 700 | Office of Attorney General |
| Pittsburgh, PA 15219 | 564 Forbes Avenue, Manor Complex |
| (412) 235-7682 | Pittsburgh, PA 15219 |
| (412) 235-7693/facsimile | (412) 565-2572 |
| marcschneider@steeleschneider.com | tdonahoe@attorneygeneral.gov |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2017, the foregoing **STIPULATION OF VOLUNTARY DISMISSAL** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic case filing system and constitutes service of this filing under Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure.  Parties may access this filing through the Court's ECF system.

*/s/ Marcus B. Schneider, Esquire*
Marcus B. Schneider, Esquire